UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH A. CARABILLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:09-cv-00764 (RJL) |
| | ) | |
| ULLICO INC. PENSION PLAN AND | ) | |
| TRUST, et al., | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through undersigned counsel, hereby dismisses all claims in the above-captioned case with prejudice. The parties will bear their own costs and attorneys' fees.

David S. Preminger
Keller Rohrback
770 Broadway, 2nd Floor
New York, New York 10003
Tel. (646) 495-6198
Fax. (646) 495-6197
dpreminger@kellerrohrback.com